Olive C. Eden, Appellant, v. Nellie Carlin, Appellee.

An Appeal from the Circuit Court for the County of Dade.

Appeal dismissed on motion of counsel for Appellant.

*Gramling & Clarkson,* for Appellant.

---

Charlie McClay, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Franklin.

Writ of Error dismissed on motion of the Attorney General.

*John M. Coe,* for Plaintiff in Error;

*Rivers Buford,* Attorney General, for the State.

---

Williah T. McRae and Susie McRae, Appellants, v. Luther S. Livingston, Appellee.

An Appeal from the Circuit Court for the County of Dade.

Appeal dismissed on motion of counsel for Appellee.

*Evans & Mershon,* for Appellants;

*Twyman & Scott,* for Appellee.